IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Darrien A. Vinson | : | No. 20-11027-AMC |
| Debtor | : | |

ANSWER TO MOTION OF U.S. BANK NATIONAL ASSOCIATION
FOR RELIEF FROM THE AUTOMATIC STAY

Debtor, by Attorney David M. Offen respectfully submits the following:

The debtor's total balance owed to U.S. Bank National Association is due to be paid in its entirety through the Chapter 13 Plan which includes post-petition payments beginning March 2020.

WHEREFORE, the Debtor respectfully requests that the Movant's Motion for Relief be DENIED.

Respectfully submitted,

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 5/15/20

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of U.S. Bank National Association

bkgroup@kmllawgroup.com

                                                          /s/ David M. Offen

                                                         David M. Offen

                                                         Attorney for Debtor

Dated: 5/15/20