# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Darrien A. Vinson <br>                   Debtor <br><br> U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-RF3, its successors and/or assigns <br>                   Movant <br> vs. <br><br> Darrien A. Vinson <br>                   Debtor <br><br> William C. Miller, Esquire <br>                   Trustee | CHAPTER 13 <br><br><br><br> NO. 20-11027 AMC <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from Stay of U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2005-RF3, which was filed with the Court on or about May 15, 2020 (Document No. 21).

                                    Respectfully submitted,

                                    **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322

May 27, 2020