```
         IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                    :      CHAPTER 13
                               :
     Darrien A. Vinson         :      No. 20-11207-AMC
          Debtor               :
```

RESPONSE TO MOTION OF U.S. BANK NATIONAL ASSOCIATION
<u>FOR RELIEF FROM THE AUTOMATIC STAY</u>

Debtor, by Attorney David M. Offen respectfully submit the following:

The debtor's mortgage is scheduled to be paid off in full via the Chapter 13 Plan.

WHEREFORE, the Debtors respectfully request that the Movant's Motion for Relief be DENIED.

                                   Respectfully submitted,

                                   <u>/s/ David M. Offen</u>
                                   David M. Offen
                                   Attorney for Debtor
Dated: 9/16/20

<u>CERTIFICATE OF SERVICE</u>

The following has been served by electronic mail:

Rebecca Solarz on behalf of U.S. BANK NATIONAL ASSOCIATION

<u>bkgroup@kmllawgroup.com</u>

                                   <u>/s/ David M. Offen</u>
                                   David M. Offen
                                   Attorney for Debtor
Dated: 9/16/20