**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:   Darrien Vinson | ) | Chapter 13 |
| | ) | |
| Debtor | ) | 20-11027-AMC |
| | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION TO APPLICATION FOR**
**APPROVAL OF COUNSEL FEES**

I, David M. Offen, Attorney for the above named debtors hereby certify that I have received no objection or response to the Application for Approval of Counsel Fees and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor