# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-11027-AMC

DARRIEN A. VINSON

207 N SIMPSON STREET

PHILADELPHIA, PA 19139-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DARRIEN A. VINSON

    207 N SIMPSON STREET

    PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 2/25/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee