**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                      Chapter 13
DARRIEN A. VINSON

                Debtor                  Bankruptcy No. 20-11027-AMC

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: November 2, 2021

                                              Honorable Ashely M. Chan
                                              Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
DARRIEN A. VINSON

207 N SIMPSON STREET

PHILADELPHIA, PA 19139-